
FILED
CLERK, U.S. DISTRICT COURT
MAY - 3 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELL COOPER,<br><br>Defendant. | Case No. CR 16-677-AB<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 3, 2018, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Defendant was represented by Errol Stambler, an attorney appointed from the Indigent Defense Panel.

Defendant submitted on the Pretrial Services Officer's recommendation of detention, without prejudice.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition include failing to appear in Court and failing to report for drug counseling and testing and failing to follow the instructions of the U.S. Probation officer.

    ☒ unverified background information

    ☒ history of substance abuse and admitted substance abuse

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition (see above)

    ☒ prior criminal history.

    ☒ history of substance abuse and admitted substance abuse

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: May 3, 2018

                                              /s/
                                     ALKA SAGAR
                           UNITED STATES MAGISTRATE JUDGE